UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CHARLES DEMUMBREUM, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    NO. 3:22-cv-00449 |
| | ) |
| MORNINGSIDE OF FRANKLIN, LLC, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

The parties have filed an Agreed Stipulation of Dismissal with Prejudice (Doc. No. 19). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE